

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00050-CV

Mario Jesus **OBREGON**,
Appellant

v.

Mateo Ezequiel **VALIENTE-SOLIS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CVQ000212-D3
Honorable Elma T. Salinas Ender, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  November 14, 2012

DISMISSED FOR WANT OF PROSECUTION

Mario Jesus Obregon appealed the trial court's judgment rendered on December 12, 2011. Obregon's brief was originally due on September 15, 2012. On October 1, 2012, we ordered Obregon to show cause in writing by October 16, 2012 why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). To date, Obregon has filed neither his appellant's brief nor a response to our show cause order. We therefore order this appeal dismissed for want of prosecution. *See id*.; *see also* TEX. R. APP. P. 42.3(c) (court may

dismiss appeal because appellant has failed to comply with a court order within the time provided).

PER CURIAM